UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                          PLAINTIFF

VS.                                      CRIMINAL ACTION NUMBER:   3:10CR-51-CRS

EMILIO GOMEZ MEDINA -22                                                                          DEFENDANT

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The proceedings were recorded by Alan Wernecke, Official Court Reporter. The Defendant, by consent, and with W. Waverley Townes, appointed counsel, appeared before me on November 16, 2012, and entered a plea of guilty as to Count 5 of the Second Superseding Indictment. The defendant entered the plea of guilty pursuant to a Rule 11 (c)(1)(B) plea agreement. A supplemental plea agreement was also filed with the Court **under seal**. The proceedings were interpreted by Joshua Elliott, Certified Spanish Interpreter.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count 5 of the Second Superseding Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such an offense. I therefore recommend that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant is **remanded** to the custody of the United States Marshal Service pending sentencing before the District Court.

This 16th day of November, 2012.

Court Reporter: Alan Wernecke
Interpreter:  Joshua Elliott

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

| 0 | 35 |