# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NUMBER 3:10CR-51-CRS |
| EMILIO GOMEZ-MEDINA | DEFENDANT |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the plea of guilty by the Defendant to Count 5 of the Second Superseding Indictment is hereby accepted, and the Defendant is adjudged guilty of such an offense.

Sentencing is hereby scheduled for **MARCH 4, 2013, at 2:30 p.m.**, United States Courthouse, Louisville, Kentucky.

December 10, 2012

**Charles R. Simpson III, Judge**
**United States District Court**

Copies to:
United States Attorney
U.S. Probation Officer
Counsel for Defendant